STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Display Technologies, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> MOCACARE CORP., <br><br> *Defendant*. | CASE NO.: 5:22-cv-00219-EJD <br><br> **PLAINTIFF'S MOTION TO EXTEND ADR AND CASE MANAGEMENT STATEMENT DEADLINES AND MOTION FOR CONTINUANCE OF CMC** |

**TO THE HON. EDWARD J. DAVILA, UNITED STATES DISTRICT JUDGE, NORTHERN DISTRICT OF CALIFORNIA:**

Pursuant to Civil L.R. 16-2(d) and 7, Plaintiff respectfully requests that the Court continue the Initial Case Management Conference and related deadlines. The Initial Case Management Conference is currently set for April 14, 2022, the Case Management Statement is currently due by April 4, 2022, and the current ADR deadline is March 24, 2022 [Doc. 13].

Accordingly, in the interest of justice and in an effort to enhance judicial efficiency and preserve resources, subject to the Court's approval, Plaintiff requests that the case schedule be amended as follows:

1. The Initial Case Management Conference is continued sixty (60) days to June 13, 2022 at 2:00 p.m.

2. The deadline for the parties to file the Case Management Statement, serve Initial Disclosures, and to comply with ADR L.R. 3-5(a) and (b) is continued sixty (60) days to June 3, 2022.

Plaintiff has been unable to serve the Defendant. Plaintiff has been attempting service; however, the service provider has indicated that the location(s) which we identified for the Defendant are vacant. Through additional research, we now have an additional address at which we are attempting service.

This extension would not have a significant effect on the schedule for this case as the Defendant has not been served. Furthermore, neither party would be prejudiced by this extension. Plaintiff is unable to obtain a stipulation to the time change since it has not been able to serve Defendant or reach counsel for Defendant.

Dated: March 16, 2022          Respectfully submitted,

*/s/Stephen M. Lobbin*
Stephen M. Lobbin
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

***Attorney(s) for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2022, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

*/s/ Stephen M. Lobbin*
Stephen M. Lobbin