AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-00219-JSC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MOCACARE CORP., was received by me on *(date)* Mar 15, 2022, .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ALYSON ROTHMANNER , who is designated by law to accept service of process on behalf of *(name of organization)* HARVARD BUSINESS SERVICES, INC., THE REGISTERED AGENT FOR MOCACARE CORP. on *(date)* Thu, Mar 17, 2022 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 3/28/22

*Server's signature*

Don Oliphant - Process Server

*Printed name and title*

P.O. Box 304, Lansdale, PA 19446

*Server's address*

Additional information regarding attempted service, etc.:

1) Successful Attempt: Mar 17, 2022, 4:45 pm at 16192 COSTAL HWY., LEWES. DE 19958 received by MOCACARE CORP., BY DELIVERING TO ITS REGISTERED AGENT, HARVARD BUSINESS SERVICES, INC., WHERE THE DOCUMENT WAS ACCEPTED BY ALYSON ROTHMANNER, AUTHORIZED RECIPIENT.

DELIVERED TO THE ABOVE NAMED WAS A SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBIT A AND ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES AND STANDING ORDERS