STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Display Technologies, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> MOCACARE CORP., <br><br> *Defendant.* | CASE NO.: 5:22-cv-00219-EJD <br><br> **[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND ADR AND CASE MANAGEMENT STATEMENT DEADLINES AND MOTION FOR CONTINUANCE OF CMC** |

Having considered the request of ~~the parties for counsel for:~~ Plaintiff,

1. The Initial Case Management Conference is continued to ~~June 13~~ June 23, 2022, at ~~2:00 p.m.~~ 10:00 a.m.

2. The deadline for the parties to file the Case Management Statement serve Initial Disclosures, and to comply with ADR L.R. 3-5(a) and (b) is continued to ~~June 3~~ June 13, 2022.

~~The parties'~~ Plaintiff's request is hereby GRANTED.

April 4, 2022

_____
HONORABLE UNITED STATES
DISTRICT COURT JUDGE