STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Display Technologies, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC**, <br><br> *Plaintiff*, <br><br> v. <br><br> **MOCACARE CORP.**, <br><br> *Defendant*. | **CASE NO. 5:22-cv-00219-EJD** <br><br> **PATENT CASE** <br><br> **REQUEST FOR CLERK'S ENTRY OF DEFAULT** |

Pursuant to Fed. R. Civ. P. 55(a) and Local Civil Rule 55.3, Plaintiff Display Technologies, LLC ("Plaintiff" and/or "Display") hereby submits this Request for Clerk's Entry of Default. Plaintiff requests that the Clerk enter the default of Defendant MocaCare Corp., as the party against whom a judgment is sought has failed to plead or otherwise defend, and that failure is shown by the Affidavit of Jay Johnson, attached hereto as Exhibit A.

Wherefore, Plaintiff respectfully prays that this Request be Granted and that the Clerk's entry for default be entered against Defendant MocaCare Corp.

Dated: May 3, 2022           Respectfully submitted,

*/s/Stephen M. Lobbin*
Stephen M. Lobbin
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

***Attorney(s) for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2022, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

*/s/ Stephen M. Lobbin*
Stephen M. Lobbin