UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Display Technologies, LLC, | Case No. 5:22-cv-00219-EJD |
|---|---|
| Plaintiff(s), | |
| v. | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3) |
| Mocacare Corp., | |
| Defendant(s). | |

I, Jay Johnson, an active member in good standing of the bar of The Supreme Court of Texas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Display Technologies, LLC in the above-entitled action. My local co-counsel in this case is Stephen M. Lobbin, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: CA 181195.

| 1910 Pacific Ave., Ste., 13000, Dallas, TX 75201 | 888 Prospect St., Ste. 200, San Diego, CA 92037 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (214) 451-0164 | (949) 636-1391 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jay@kjpllccom | sml@smlavvocati.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24067322.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 2 times in the 12 months preceding this application.

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: July 8, 2022                                       Jay Johnson
                                                              APPLICANT
5

6   ═══════════════════════════════════════════════════════════════════

7

8                           ORDER GRANTING APPLICATION
9                   FOR ADMISSION OF ATTORNEY PRO HAC VICE
10

11  IT IS HEREBY ORDERED THAT the application of  Jay Johnson  is
12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney
13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-
14  counsel designated in the application will constitute notice to the party.
15  Dated: _____

16
17
                                                _____
18                                              UNITED STATES DISTRICT/MAGISTRATE JUDGE

19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Jay Brett Johnson**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 2nd day of April, 2009.

I further certify that the records of this office show that, as of this date

**Jay Brett Johnson**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 5th day of May, 2022.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 5017C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.