# EXHIBIT 2

---------- Forwarded message ---------
From: <ECF-CAND@cand.uscourts.gov>
Date: Mon, May 9, 2022 at 2:49 PM
Subject: Activity in Case 5:22-cv-00219-EJD Display Technologies, LLC v. Mocacare Corp.
To: <efiling@cand.uscourts.gov>


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

California Northern District

### Notice of Electronic Filing

The following transaction was entered on 5/9/2022 at 2:48 PM and filed on 5/9/2022
**Case Name:**         Display Technologies, LLC v. Mocacare Corp.
**Case Number:**       5:22-cv-00219-EJD
**Filer:**
**Document Number:** 18(No document attached)

Docket Text:
**Clerk's Notice ENTRY OF DEFAULT as to Mocacare Corp.. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (Related documents(s) [17])(mcl, COURT STAFF) (Filed on 5/9/2022)**


**5:22-cv-00219-EJD Notice has been electronically mailed to:**

Stephen Michael Lobbin &nbsp &nbsp sml@smlavvocati.com, ajr@smlavvocati.com, jno@smlavvocati.com

**5:22-cv-00219-EJD Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**