STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

JAY JOHNSON (*admitted pro hac vice*)
State Bar No. 24067322
D. BRADLEY KIZZIA
State Bar No. 11547550
KIZZIA JOHNSON, PLLC
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

*Attorney(s) for Display Technologies, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC**, | **CASE NO.: 5:22-cv-00219-EJD** |
| *Plaintiff*, | **PATENT CASE** |
| v. | |
| **MOCACARE CORP.**, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
| *Defendant*. | |

On this date came on to be heard Plaintiff's Motion for Default Judgment, and the Court having considered same, is of the opinion that the Motion should be GRANTED. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Court hereby enters a Default Judgment against Defendant Mocacare Corp. in the amount of _____.

DATED this ____ day of _____, 2022.

BY THE COURT:

_____
HONORABLE UNITED STATES DISTRICT JUDGE