AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:22-cv-00219-EJD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MOCACARE CORP., was received by me on *(date)* Jul 14, 2022, 2:05 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ALYSON ROTHMANNER, , who is designated by law to accept service of process on behalf of *(name of organization)* HARVARD BUSINESS SERVICES, INC., THE REGISTERED AGENT FOR MOCACARE CORP., on *(date)* Fri, Jul 15 2022 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 07/18/2022

*Server's signature*

Don Oliphant  -  Process Server
*Printed name and title*

17291 Queen Anne Way, Lewes, Delaware 19958
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 15, 2022, 3:38 pm at 16192 COSTAL HWY., LEWES, DE 19958 received by MOCACARE CORP., BY DELIVERING TO ITS REGISTERED AGENT, HARVARD BUSINESS SERVICES, INC., WHERE THE DOCUMENT WAS ACCEPTED BY ALYSON ROTHMANNER, AUTHORIZED. Age: 30's; Ethnicity: Caucasian; Gender: Female; Weight: 120; Height: 5'5"; Hair: Brown;

DELIVERED TO THE ABOVE NAMED WAS A NOTICE OF MOTION FOR DEFAULT JUDGMENT AND NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT WITH EXHIBIT 1, 2 & 3 AND NOITICE OF ELECTRONIC FILING.