1  Randall T. Garteiser (CA State Bar No. 231821)
2     rgarteiser@ghiplaw.com
   GARTEISER HONEA
3  95 Third Street, San Francisco, CA  94103
   119 W Ferguson, Tyler, TX  75702
4  Tel:  (415) 568-0553

5  Attorneys for Plaintiff,
   DISPLAY TECHNOLOGIES, LLC
6

7
              **IN THE UNITED STATES DISTRICT COURT**
8             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                          **SAN JOSE DIVISION**
9

10 DISPLAY TECHNOLOGIES, LLC

11                                              **NOTICE OF APPEARANCE**
              Plaintiff
12 v.                                           Case No. 5:22-cv-00219-EJD

13

14 MOCACARE CORP.

15            Defendants.

Notice is given that the undersigned, Randall Thomas Garteiser, hereby enters an appearance for Plaintiff in the above-entitled case and requests that all future pleadings and papers filed under Fed. R.Civ. P. 5 be served on him through the Court's CM/ECF system per Local Rule CV-5(a)(3).

Respectfully submitted,

Dated: April 5, 2023

By:  */s/ Randall Garteiser*
RANDALL T. GARTEISER
State Bar No. 231821

*Attorney for Plaintiff*
DISPLAY TECHNOLOGIES, LLC

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this documents was served on all counsel of record in this case via electronic mail via this Court's CM/ECF system on this time stamped date.

*/s/ Randall Garteiser*
Randall Garteiser

1