Randall T. Garteiser (CA State Bar No. 231821)
    rgarteiser@ghiplaw.com
Christopher A. Honea (CA State Bar No. 232473)
    chonea@ghiplaw.com
GARTEISER HONEA–IP TRIAL BOUTIQUE
95 Third St., San Francisco, CA 94103
119 W Ferguson, Tyler, TX 75702
Tel: 888-908-4400

Attorneys for Plaintiff,
DISPLAY TECHNOLOGIES, LLC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC<br><br>        Plaintiff<br><br>v.<br><br>MOCACARE CORP.<br><br>        Defendants. | **NOTICE OF SUBMISSION OF EVIDENCE OF COSTS**<br><br>Case No. 5:22-cv-00219-EJD |

[1]

---

[1] Counsel for Plaintiff respectfully requests an extension of one business day to file this receipt as Counsel calendared this as a Bill of Costs after a judgement is entered instead of a response to an order within 7 days.

Attached hereto is a true and correct copy of the receipt in the amount of $402.00 for filing this lawsuit.  Plaintiff is not requesting reimbursement for any additional costs.

Respectfully submitted,

Dated: April 10, 2023

By:   */s/ Randall Garteiser*
Randall T. Garteiser (CA State Bar No. 231821)
  rgarteiser@ghiplaw.com
Christopher A. Honea (CA State Bar No. 232473)
  chonea@ghiplaw.com
GARTEISER HONEA–IP TRIAL BOUTIQUE
95 Third St., San Francisco, CA  94103
119 W Ferguson, Tyler, TX  75702
Tel: 888-908-4400

*Attorneys for Plaintiff*

**Attachments:**

Copy of receipt for $402.00 filing fee.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this documents was served on all counsel of record in this case via electronic mail via this Court's CM/ECF system on this time stamped date.

*/s/ Randall Garteiser*
Randall Garteiser

# Attachment A



Stephen Lobbin <sml@smlavvocati.com>

---

## Pay.gov Payment Confirmation: CALIFORNIA NORTHERN DISTRICT COURT

do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>　　　　　Wed, Jan 12, 2022 at 10:46 PM
Reply-To: ecfhelpdesk@cand.uscourts.gov
To: sml@smlavvocati.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ECF Help Desk at 866-638-7829.

　Account Number: 5384709
　Court: CALIFORNIA NORTHERN DISTRICT COURT
　Amount: $402.00
　Tracking Id: ACANDC-16800358
　Approval Code: 08666G
　Card Number: ************4401
　Date/Time: 01/13/2022 01:46:21 ET

NOTE: This is an automated message. Please do not reply

4/5/23, 9:51 PM
SML Avvocati Mail - Activity in Case 3:22-cv-00219 Display Technologies, LLC v. Mocacare Corp. Complaint
Case 5:22-cv-00219-EJD Document 27 Filed 04/10/23 Page 6 of 7



Stephen Lobbin <sml@smlavvocati.com>

## Activity in Case 3:22-cv-00219 Display Technologies, LLC v. Mocacare Corp. Complaint

**Angela Kearney** <akearney@kjpllc.com>  
To: Stephen Lobbin <sml@smlavvocati.com>

Tue, Mar 29, 2022 at 11:02 AM

Attached is the POS for filing.

Thanks,

Angie Kearney

Paralegal

Kizzia Johnson PLLC

1910 Pacific Ave, Ste 13000

Dallas, Texas 75201

(o)  214.451.0164

(f)  214.451.0165

[Quoted text hidden]


**POS.pdf**
80K

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-00219-JSC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MOCACARE CORP., was received by me on *(date)* Mar 15, 2022, .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ALYSON ROTHMANNER , who is designated by law to accept service of process on behalf of *(name of organization)* HARVARD BUSINESS SERVICES, INC., THE REGISTERED AGENT FOR MOCACARE CORP. on *(date)* Thu, Mar 17, 2022 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 3/28/22

Server's signature

Don Oliphant - Process Server

*Printed name and title*

P.O. Box 304, Lansdale, PA 19446

*Server's address*

Additional information regarding attempted service, etc.:

1) Successful Attempt: Mar 17, 2022, 4:45 pm at 16192 COSTAL HWY., LEWES, DE 19958 received by MOCACARE CORP., BY DELIVERING TO ITS REGISTERED AGENT, HARVARD BUSINESS SERVICES, INC., WHERE THE DOCUMENT WAS ACCEPTED BY ALYSON ROTHMANNER, AUTHORIZED RECIPIENT.

DELIVERED TO THE ABOVE NAMED WAS A SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBIT A AND ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES AND STANDING ORDERS