UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MOCACARE CORP.,<br><br>　　　　Defendant. | Case No. 5:22-cv-00219 EJD<br><br>**DEFAULT JUDGMENT**<br><br>Re: ECF No. 25 |

　　　In accordance with the Court's March 31, 2023, Order Granting Plaintiff's Motion for Default Judgment (ECF No. 25), default judgment is hereby entered in favor of Plaintiff and against Defendant. The Court awards Plaintiff a reasonable royalty in the amount of $22,166.67 and costs in the amount of $402.00.

　　　The Clerk of Court shall close the file in this matter.

　　　**IT IS SO ORDERED.**

Dated: January 21, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　United States District Judge